UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA L. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-03047-JPH-MPB |
| ) | |
| ST. LAWRENCE CATHOLIC SCHOOL, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING MOTION TO RECONSIDER**

On July 20, 2020, the Court entered final judgment, dismissing Ms. White's complaint without prejudice for lack of subject matter jurisdiction. Dkt. 13. On August 6, 2020, Ms. White filed a motion to "reconsider and request equitable tolling or equitable estopp[el]." Dkt. 14.

The Court interprets this motion as a motion for reconsideration under Fed. R. Civ. P. 59(e). "To establish relief under Rule 59(e), a movant must demonstrate a manifest error of law or fact or present newly discovered evidence." *Vesely v. Armslist LLC*, 762 F.3d 661, 666 (7th Cir. 2014). Ms. White's motion does not establish any "manifest error of law or fact" and does not present "newly discovered evidence." *See* dkt. 14. The Court dismissed her previous complaint because she did not show that a federal court had subject matter jurisdiction over this case. *See* dkt. 12. Her current motion also does not address that point. *See* dkt. 14. Accordingly, her motion to reconsider, dkt. [14], is **denied**.

**SO ORDERED.**

1

Date: 9/8/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRENDA L. WHITE
4141 N Ridgeview Drive
Indianapolis, IN 46226